No. 79–423.   SMITH *v.* HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 9th Cir.   Certiorari denied.

No. 79–434.   JAY NORRIS, INC., ET AL. *v.* FEDERAL TRADE COMMISSION.   C. A. 2d Cir.   Certiorari denied.

No. 79–436.   HARAPAT *v.* HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 8th Cir.   Certiorari denied.

No. 79–463.   CITY OF BETHEL, ALASKA, ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 79–469.   OPPENHEIMER *v.* ELECTRO-NUCLEONICS, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 79–476.   MICHIGAN OIL CO. *v.* NATURAL RESOURCES COMMISSION ET AL.   Sup. Ct. Mich.   Certiorari denied.

No. 79–487.   RINALDI *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 79–490.   PENNSYLVANIA BANK & TRUST CO., EXECUTOR *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 79–576.   STEPHENS ET AL. *v.* COLLIER COUNTY BOARD OF COMMISSIONERS, COLLIER COUNTY, FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 79–580.   COUNTY OF NASSAU *v.* OWENS.   C. A. 2d Cir. Certiorari denied.